IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 MAY -9 A 10: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stalandus Slaughter
---
Full name and prison number
of plaintiff(s)

v.

Chris Vinson, DT.
Ricky L. Owens, Sheriff
Wendy Robinson, Sgt.
---
---

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05cv431-F
(To be supplied by Clerk of
 U.S. District Court)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (✓)

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO (✓)

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s) _____
             _____

             Defendant(s) _____
             _____

        2.   Court (if federal court, name the district; if
             state court, name the county) _____
             _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Coosa County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Co. Rd. 101 Coosa County

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Chris Vinson | Rockford Al |
| 2. | Ricky Owens | Rockford Al |
| 3. | Wendy Robinson | Rockford Al |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Nov. 22, 2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: unnecessary force —

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

On Nov. 22, 2004 I was pulled over by D. Vinson, I was asked to put my hands on the car as I did Ricky Owens grabbed me and choked me then Chris slammed me in the mud then close lined me and busted my lip then took my right hand and twisted it behind my back, after he was twisting my hand ricky had his knee in the back of my head and then I.

**GROUND TWO:** Denied medical treatment —

**SUPPORTING FACTS:** After I was brought to jail I sent I don't know how many request to go to the doctor, I went once to have X-rays and was reffered to another doctor 2 days later and they never followed up on it and Wendy says she don't think nothing's wrong with me so I won't take you

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

struggled to get up and they start taking turns claseling me.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Compensated for pain and suffering
_____
_____

*Stalandus Slaughter*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-22-05
(Date)

*Stalandus Slaughter*
Signature of plaintiff(s)

4