I'm writing to let you know that I've changed address from Coosa county jail to Elmore County jail and if you plan on sending me any mail in the future it will be at this address: 8955 US Hwy 231 Wetumpka Al, 36092

Civil Action No. 2:05-CV-431-F
WO

thank you

[signature]

RECEIVED 2005 JUN -6 A 10: 30 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

2:05cv431

Stanacus Slaughter
8455 US Hwy 231
Wetumpka, Al 36092

ELMORE COUNTY JAIL

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101