IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANDLANDUS SLAUGHTER,              )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )          CASE NO. 2:05-CV-431-F
                                    )            WO
CHRIS VINSON, *et al.*,             )
                                    )
    Defendants.                     )

**ORDER**

On June 28, 2005, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  Upon an independent review of the file in this case and

upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED

without prejudice for failure of the plaintiff to pay the initial partial filing fee in compliance

with the orders of this court.

Done this the 27th day of July 2005.

                       /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE